PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00027-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date: June 29, 2022 |
| RENE MEZA, et al., | Time: 1:00 p.m. |
| Defendants. | Honorable Sheila K. Oberto |

This case is set for a status conference on June 29, 2022, which the parties stipulate to continue to September 21, 2022, for the reasons set forth below.

**STIPULATION**

The parties request that time be excluded between June 29, 2022, and September 21, 2022, for the following reasons: counsel for the defendants need additional time to review the discovery, consult with their clients, and conduct further investigation. The case involves several undercover conversations, a drug transaction, approximately 8000 pages of discovery, and digital discovery in the form of several gigabytes. The proposed status conference date represents the earliest date that all counsel are available thereafter, taking into account counsels' schedules, defense counsels' commitments to other clients, and the need for preparation in the case and further investigation. Defense counsel also desire additional time to discuss potential resolution with their respective clients and the government. In addition, the public health concerns cited by General Order 611, 612, 617, 618, and 620 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because counsel or other relevant individuals have been encouraged to telework and minimize personal contact to the greatest

extent possible. It will be difficult to avoid personal contact should the hearing proceed and it is difficult for defense counsel to meet with their clients and review discovery.

The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

IT IS SO STIPULATED.


Dated:  June 14, 2022                                    PHILLIP A. TALBERT
                                                         United States Attorney


                                                 By:   /s/ ANTONIO J. PATACA
                                                       ANTONIO J. PATACA
                                                       Assistant United States Attorney


Dated: June 14, 2022                             /s/ Peter Jones
                                                 Attorney for Defendant Rene Meza


Dated: June 14, 2022                             /s/ Barbara O'Neill
                                                 Attorney for Defendant Basilio Chavez, Jr.


\\\
\\\
\\\
\\\
\\\
\\\
\\\

1

**O R D E R**

2       IT IS HEREBY ORDERED that the status conference in this case be continued from June 29,

3   2022, until September 21, 2022 at 1:00 p.m.

4       IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as

5   requested outweigh the interest of the public and the defendants in a trial within the original date

6   prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of

7   computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must

8   commence, the time period of June 29, 2022 and September 21, 2022, inclusive, is deemed excludable

9   pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court

10  at the parties' request on the basis of the Court's finding that the ends of justice served by taking such

11  action outweigh the best interest of the public and the defendant in a speedy trial.

12      The parties shall be prepared to select a mutually agreeable trial date at the next status

13  conference.

14      IT IS SO ORDERED.

15

16

17  DATED: 6/15/2022            *Sheila K. Oberto*

                    HONORABLE SHEILA K. OBERTO

18                      United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28