PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BASILIO CHAVEZ, JR.,<br><br>　　　　　　　　Defendant. | CASE NO. 1:20-CR-00027-JLT-SKO<br><br>STIPULATION TO VACATE TRIAL DATE, SET CHANGE OF PLEA HEARING, AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER |

　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　1.　By previous order, this matter was set for trial on July 11, 2023.

　　　2.　By this stipulation, the parties now move to vacate the trial date and set this case for a change of plea hearing on February 27, 2023.  No time exclusion is required since time is already excluded through July 11, 2023.

　　　IT IS SO STIPULATED.

STIPULATION REGARDING SETTING CHANGE
OF PLEA HEARING

1

| | |
|---|---|
| Dated: February 7, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: February 7, 2023 | /s/ BARBARA O'NEILL<br>BARBARA O'NEILL<br>Counsel for Defendant<br>BASILIO CHAVEZ, JR. |

**ORDER**

IT IS HEREBY ORDERED that the trial set for July 11, 2023, is vacated, and a change of plea hearing is set for February 27, 2023, at 10:00 a.m. before District Judge Jennifer L. Thurston.

DATED: 2/21/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE